UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ESTATE OF DAVID EHRLICH,** §<br>*Plaintiff* §<br> §<br>v. §<br> §<br>**UNITED STATES OF AMERICA,** §<br>*Defendant* § | No. 1:21-CV-01020-RP |

# ORDER

The Court previously set Defendant the United States of America's motion to compel, Dkt. 46, to be heard in-person on October 10, 2024. Dkt. 51. The order setting that hearing required the parties to confer on the motion and file a joint advisory addressing the status of the dispute two days prior to the hearing. Dkt. 51. The parties' joint advisory appears to indicate an agreement that the October 10 setting should be continued at least 30 days. Dkt. 52, at 3, 6. While the parties clearly still dispute each other's discovery obligations under the Federal Rules, the Court will afford them this additional time to see if they can reach a mutually acceptable resolution of these disagreements.

Accordingly, the Court **STRIKES** the October 10, 2024, setting on Defendant's motion to compel, Dkt. 46, and **ORDERS** the parties to file a joint advisory on or before November 8, 2024, advising whether a hearing will be necessary on Defendant's motion and, if so, what matters remain in dispute.

1

SIGNED October 8, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE